**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 15, 2007**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-095 |
| v. | : | GRAND JURY ORIGINAL |
| EDWARD T. FARLEY, | : | VIOLATION: 21 U.S.C.§ 841(a)(1) |
| | : | and § 841(b)(1)(A)(iii) |
| Defendant. | : | (Unlawful Possession with Intent to |
| | : | Distribute 50 Grams or More of Cocaine |
| | : | Base) |

ROBERTSON, J. JR

**INDICTMENT**

**FILED IN OPEN COURT**

**APR 10 2008**

The Grand Jury charges that:

**CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA**

**COUNT ONE**

On or about February 29, 2008, within the District of Columbia, **EDWARD T. FARLEY** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))**

A TRUE BILL:

FOREPERSON.

*Jeffrey A. Taylor*
Attorney of the United States in
and for the District of Columbia.